# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00501-CR

**Ruben Brador, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CR-21-500681, THE HONORABLE DIMPLE MALHOTRA, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due October 14, 2024. On October 22, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 1, 2024, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). If appellant expresses his desire to dismiss this appeal, the trial court shall direct appellant and his attorney to submit a motion to dismiss with this Court that complies with Rule 42.2 of the Rules of Appellate Procedure. *See id.* R. 42.2. The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively

represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings, conclusions, and orders, if any—to be prepared and forwarded to this Court no later than January 7, 2025. *See id.* R. 38.8(b)(3).

It is so ordered December 11, 2024.


Before Justices Baker, Smith, and Theofanis

Abated and Remanded

Filed:   December 11, 2024

Do Not Publish